## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SHIVA STEIN, </br></br>     Plaintiff, </br></br>     v. </br></br> CARRIZO OIL & GAS, INC., THOMAS L. CARTER, JR., ROBERT F. FULTON, S.P. JOHNSON, F. GARDNER PARKER, ROGER A. RAMSEY, FRANCES ALDRICH SEVILLA-SACASA, STEVEN A. WEBSTER, FRANK A. WOJTEK, and CALLON PETROLEUM COMPANY, </br></br>     Defendants. | ) </br> ) </br> ) </br> ) Case No. 1:19-cv-01599-LPS </br> ) </br> ) </br> ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 21, 2020

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
    Brian D. Long (#4347)
    Gina M. Serra (#5387)
    300 Delaware Avenue, Suite 210
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: bdl@rl-legal.com
    Email: gms@rl-legal.com

*Attorneys for Plaintiff*